USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Volfman,

                Plaintiff,

-against-

Viejo Group LLC, et al.,

                Defendants.

1:23-cv-06178 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Following a telephone conference today, and for the reasons stated on the record, it is hereby ORDERED that, no later than Tuesday, November 21, 2023, Plaintiff shall (1) seek a Clerk's Certificate of Default as to Defendant Viejo Group LLC, or (2) if Defendant Viejo Group LLC is engaged in meaningful settlement discussions, file a letter to the ECF docket regarding the status of such negotiations.

**SO ORDERED.**

Dated:    New York, New York
            November 7, 2023

_____
STEWART D. AARON
United States Magistrate Judge